**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **GREGORY YOUNG** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:16-CV-00235** |
| | § | |
| **TRAVELERS PERSONAL SECURITY** | § | |
| **INSURANCE COMPANY AND** | § | |
| **ROBERT FINLEY** | § | |

**JOINT STIPULATION OF DISMISSAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Gregory Young, the plaintiff herein, and Travelers Personal Security Insurance Company and Robert Finley, the defendants herein, and stipulate to the dismissal of any and all claims asserted in this lawsuit with prejudice to the re-filing of same. By virtue of this stipulation of dismissal, all claims and causes of action asserted in this lawsuit shall be dismissed with prejudice to the re-filing of same. This stipulation of dismissal is signed by counsel for all parties who have appeared in this lawsuit.

Respectfully submitted,

BARTON LAW GROUP
1201 Shepherd Drive
Houston, Texas 77007
713) 227-4747
(713) 621-5900 facsimile

Wayne Collins
State Bar No. 00796384
Southern District Bar No. 21258
wcollins@bartonlawgroup.com

ATTORNEYS FOR PLAINTIFF,
GREGORY YOUNG

ORGAIN BELL & TUCKER, LLP

P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile

 /s/ Greg C. Wilkins
Greg C. Wilkins
Attorney-in-charge
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR DEFENDANTS,
TRAVELERS PERSONAL SECURITY
INSURANCE COMPANY AND
ROBERT FINLEY

## CERTIFICATE OF SERVICE

I do hereby certify that on the 13th day of September, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

/s/ Greg C. Wilkins

2